# Anthony Green #06-A-1796
Green Haven Correctional Facility
Post Office Box 4000
Stormville, New York 12582-0010

July 18, 2008

**LEGAL CORRESPONDENCE**
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007
ATTN: **Micheal J. McMahon, Clerk of Court**

Re: Anthony Green v. Valerie Oliver, etal
No. 08 Civ. 2823 (RWS)

Dear Clerk:

Please be advised that, I am petitioning to this court for the purpose of assistance regarding a law suit I brought against the above name defendant under Case No. #08 Civ. 2823.

Further, at this juncture, I am unable to perfect and serve the defendants with the papers that was sent to me by the pro se office do to me being indigent and a layman of the law. Therefore, I am respectfully requesting that the court provide me with a attorney to assist me in perfecting my claim.

Additionally, any questions or concerns regarding this matter, please contact me at the above mentioned address. Thus, I look forward to hearing from you shortly.

Please take further notice that, I believe that my time to serve is upon me and therefore, I do not want my claim dismissed for not being able to complete or understand the terms of the law.

Very truly,

Anthony Green #06-A-1796
Plaintiff
Greenhaven Corr. Fac.
Post Office Box 4000
Stormville, New York 12582

*[Handwritten note:]* Time to serve is extended 60 days
So ordered
RWS USDJ
7-30-08

*[Stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/31/08